IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CLAY COUNTY REHABILITATION CENTER, Inc., an Illinois not-for-profit corporation, <br><br> Plaintiff, <br><br> v. <br><br> PINE LAWN, d/b/a PINE LAWN MANOR; SAINT SIMONS HEALTH CARE, L.L.C., d/b/a, PINE LAWN MANOR; NATIONAL ASSISTANCE BUREAU, Inc., d/b/a PINE LAWN MANOR; CHRISTOPHER BROGDON; and REGINALD STRICKLAND <br><br> Defendants. | Case No. 2005-CV-4035-JPG |

## JUDGMENT IN A CIVIL CASE

This matter having come before the Court upon a joint stipulation of dismissal and the Court having found that the parties agreed to a dismissal with prejudice,

IT IS ORDERED AND ADJUDGED that all claims by the plaintiff against defendants Pine Lawn, d/b/a Pine Lawn Manor, Saint Simons Health Care, L.L.C., d/b/a, Pine Lawn Manor, National Assistance Bureau, Inc., d/b/a Pine Lawn Manor, Christopher Brogdon and Reginald Strickland in this case are **DISMISSED with prejudice**.  Each party is to bear its own costs.

**DATED: October 21, 2005**

**NORBERT G. JAWORSKI, CLERK**

**By:s/Deborah Agans, Deputy Clerk**

**APPROVED:__/s/ J. Phil Gilbert_____**
            **J. PHIL GILBERT**
            **U.S. District Judge**